**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

UNITED STATES OF AMERICA,

       v.                                          15-CR-233-A
                                                   **DECISION AND ORDER**

ALICIA WILSON,

          Defendant.
_____

On September 22, 2016, the Court sentenced the Defendant to twelve months and one day in prison following her plea of guilty to one count of bank fraud, in violation of 18 U.S.C. § 1344. The Defendant has since filed a motion asking that the Court "allow [her] to be on home confinement so [she] can continue [her] nurilogical [sic] care" at local hospitals. The Defendant states that the care she receives at the Bureau of Prisons facility at which she is located is insufficient for her medical needs. *See* Docket No. 25.

The Court is sympathetic to the Defendant's concerns, but the Court lacks authority to grant the relief the Defendant seeks. Section 3582(c) of Title 18 states that "[t]he court may not modify a term of imprisonment once it has been imposed" except when one of several narrow exceptions applies. However, none of those exceptions applies in this case. Likewise, the Bureau of Prisons, rather than the Court, has authority "to place a prisoner in home confinement for the shorter of 10 percent of the term of imprisonment of that prisoner or 6 months" when a prisoner is approaching the end of her sentence. 18 U.S.C. § 3624(c)(2). The Defendant's motion is therefore denied.

**SO ORDERED.**

Dated: January 21, 2017                             <u>*s/Richard J. Arcara*</u>
      Buffalo, New York                              HONORABLE RICHARD J. ARCARA
                                                            UNITED STATES DISTRICT JUDGE